1  RAOUL D. KENNEDY (STATE BAR NO. 40892)
   Raoul.Kennedy@skadden.com
2  RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
   Richard.Horvath@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
4  Palo Alto, California 94301
   Telephone: (650) 470-4500
5  Facsimile:  (650) 470-4570

6  PAUL M. ECKLES (STATE BAR NO. 181156)
   Paul.Eckles@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Times Square
8  New York, New York 10036
   Telephone: (212) 735-3000
9  Facsimile:  (212) 735-2000

10 Attorneys for Specially Appearing Defendant
   HARPERCOLLINS PUBLISHERS L.L.C.

11

12                 UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
13                  SAN FRANCISCO DIVISION

14 STEVEN RIVERS, on behalf of himself and    )   CASE NO. 3:11-cv-05080-EMC
   all others similarly situated,             )
15                                            )
                    Plaintiff,                )   STIPULATION AND [PROPOSED]
16                                            )   ORDER REGARDING (1) EXTENDING
              vs.                             )   TIME TO RESPOND TO THE
17                                            )   COMPLAINT AND (2) CASE
   MACMILLAN, SIMON & SCHUSTER,               )   COORDINATION
18 HACHETTE BOOK GROUP,                       )
   HARPERCOLLINS PUBLISHERS,                  )
19 PENGUIN GROUP (USA) INC., and APPLE        )
   INC.                                       )
20                                            )
                    Defendants.               )
21                                            )
                                              )
22 _____)

23

24

25

26

27

28

## STIPULATION AND [PROPOSED] ORDER REGARDING (1) EXTENDING TIME TO RESPOND TO THE COMPLAINT AND (2) CASE COORDINATION

WHEREAS, there have been multiple actions related to the above-captioned action filed in both the Northern District of California and the Southern District of New York (the "Actions");

WHEREAS, on September 9, 2011, the court in the New York Actions entered a stipulation and order providing that the time for defendants Hachette Book Group, Inc., HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollins Publishers, Inc."), Holtzbrinck Publishers, LLC d/b/a Macmillan (incorrectly sued as Macmillan Publishers, Inc.), Penguin Group (USA) Inc., Simon & Schuster, Inc., and Apple, Inc. (collectively, "Defendants") to answer, move, or otherwise respond to the complaints in the New York Actions would be enlarged to the 60th day after the Actions have been consolidated in a single forum and a consolidated amended complaint has been filed (or lead plaintiffs' counsel has announced by filed notice that it will not be filing a consolidated amended complaint);

WHEREAS, on October 31, 2011, the Court related the above-captioned action to *Petru, et. al. v. Apple, Inc., et al.*, C.A. No. 3:11-03892 (N. D. Cal.);

WHEREAS, on November 2, 2011, pursuant to parties' stipulation, the Court entered an order providing that Defendants' time to answer, move, or otherwise respond to the complaint in this action would be enlarged until December 15, 2011, and without prejudice to Defendants seeking a further enlargement of the time to answer, move, or otherwise respond;

WHEREAS, pursuant to the Clerk's Notice dated November 2, 2011, the Initial Case Management Conference in the above-captioned action is scheduled for January 6, 2012;

WHEREAS, on December 9, 2011, the Judicial Panel on Multidistrict Litigation (the "JPML") issued an order pursuant to 28 U.S.C. § 1407 to transfer *Petru, et. al. v. Apple, Inc., et al.*, C.A. No. 3:11-03892 and *Diamond, et al. v. Apple, Inc., et al.*, C.A. No. 3:11-03954, currently pending in the Northern District of California, to the Southern District of New York and assign them to the Honorable Denise L. Cote for coordinated and consolidated pretrial proceedings

1

1  with the actions already pending in the Southern District of New York, *In re Electronic Books*

2  *Antitrust Litigation*, MDL Docket No. 2293 (the "Consolidated New York Actions");

3         WHEREAS, on December 9, 2011, counsel, who purported to act on behalf of

4  plaintiffs in ten of the eleven Actions filed in this Court, sent a letter to Judge Cote regarding case

5  administration of the Actions;

6         WHEREAS, lead plaintiffs' counsel has not yet been appointed in the Consolidated

7  New York Actions;

8         WHEREAS, the parties anticipate that the remaining Actions currently pending in

9  this Court will be transferred to Judge Cote for coordinated and consolidated pretrial proceedings

10  with the Consolidated New York Actions;

11         WHEREAS, the parties have agreed that the response date in this action should not

12  come prior to the response date stipulated to in the Consolidated New York Actions;

13         WHEREAS, the parties have agreed that further case administration should take

14  place in connection with the Consolidated New York Actions;

15         WHEREAS, the parties agree that submission of this Stipulation should be without

16  prejudice to any of Plaintiff's claims or Defendants' defenses;

17         WHEREAS, unless otherwise provided for herein, this Stipulation will not modify

18  the schedule of this case;

19         NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and

20  between Plaintiff and Defendants, as follows:

21         1.     Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Defendants' time to answer,

22  move, or otherwise respond to the complaint is hereby extended to the 60th day after a

23  consolidated amended complaint has been filed in the Consolidated New York Actions (or lead

24  plaintiffs' counsel has announced by filed notice that it will not be filing a consolidated amended

25  complaint);

26         2.     Pursuant to Civil Local Rules 16-2 and 7-12, the parties hereby stipulate that

27  the Initial Case Management Conference with this Court scheduled for January 6, 2011, should be

28  taken off calendar, as well as all dates required under Federal Rules of Civil Procedure 16 and 26

1   related to that Initial Case Management Conference, without prejudice to Plaintiffs' and

2   Defendants' positions as to the dates on which these events should occur in the Consolidated New

3   York Actions;

4           3.      Further case adminsitration, including the negotiation of any brief scheduling

5   beyond the time for Defendants' time to answer, move, or otherwise respond to the complaint and

6   any pre-trial conferences governed by Federal Rules of Civil Procedure 16 and 26, shall occur in

7   connection with the Consolidated New York Actions;

8           4.      If any of the Defendants that are a party to this Stipulation responds to a

9   complaint in any of the Actions prior to the time provided in this Stipulation, Defendants will

10  respond to the complaint in this action at the same time;

11          5.      None of Plaintiff's claims or Defendants' defenses are prejudiced or waived

12  by its submission of this Stipulation; and

13          6.      This stipulation is without prejudice to the right of any party to seek a further

14  adjustment to any of the dates contained in this stipulation based on future developments

15  DATED:  December 14, 2011

16                                      SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

17

18                                      By:   /s/  Raoul D. Kennedy
                                              RAOUL D. KENNEDY
19
                                        525 University Ave., Suite 1100
20                                      Palo Alto, California 94301
                                        Telephone:  (650) 470-4500
21                                      Facsimile:  (650) 470-4570

22                                      Attorneys for Specially Appearing Defendant
                                        HARPERCOLLINS PUBLISHERS L.L.C.
23
            I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this
24  Stipulation and [Proposed] Order Regarding: (1) Extending Time to Respond to the Complaint and
    (2) Case Coordination.  In compliance with General Order 45, X.B., I hereby attest that each of the
25  following signatories has concurred in this filing.

26

27

28

                                              3

1

SHEARMAN & STERLING LLP

2

3

By:  __/s/  James Donato__
JAMES DONATO

4

5

Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone:  (415) 616-1100

6

Facsimile:  (415) 616-1199

7

Attorneys for Specially Appearing Defendant
HACHETTE BOOK GROUP, INC.

8

9

SIDLEY AUSTIN LLP

10

11

By:  __/s/  Samuel R. Miller__
SAMUEL R. MILLER

12

555 California Street
San Francisco, California 94104
Telephone:  (415) 772-1200

13

Facsimile:  (415) 772-7400

14

15

Attorneys for Specially Appearing Defendant
HOLTZBRINCK PUBLISHERS, LLC D/B/A
MACMILLAN

16

17

AKIN GUMP STRAUSS HAUER & FELD LLP

18

19

By:  __/s/  Reginald D. Steer__
REGINALD D. STEER

20

580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:  (415) 765-9520

21

Facsimile:  (415) 765-9501

22

23

Attorneys for Specially Appearing Defendant
PENGUIN GROUP (USA) INC.

24

25

26

27

28

1

2

WEIL, GOTSHAL & MANGES LLP

3

By:    /s/  Gregory D. Hull
          GREGORY D. HULL

4

5

6

201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

7

8

Attorneys for Specially Appearing Defendant
SIMON & SCHUSTER, INC.

9

GIBSON, DUNN & CRUTCHER LLP

10

11

By:    /s/  Daniel S. Floyd
          DANIEL S. FLOYD

12

13

14

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  (213) 229-7148
Facsimile:  (213) 229-7520

15

Attorneys for Specially Appearing Defendant
APPLE INC.

16

GIRARD GIBBS LLP

17

18

By:    /s/  Amy M. Zeman
          AMY M. ZEMAN

19

20

21

601 California St.
14th Floor
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

22

Attorneys for Plaintiff

23

PURSUANT TO STIPULATION, IT IS SO ORDERED.

The CMC is reset to 6/29/12 at 9:00 a.m.
A joint CMC Statement shall be filed by
6/22/12.

24

Dated:    12/27        , 2011

25

By:_____
          Hon. Edward M. Chen
          UNITED STATES DISTRICT COURT JUDGE

26

27

28

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen